CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-02623-DUTY All Defendants

Case title: USA v. Daley

Date Filed: 10/02/2018
Date Terminated: 10/09/2018

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Benjamin Drake Daley**<br>*TERMINATED: 10/09/2018* | represented by **Stephen G Frye**<br>Law Office of Stephen G Frye<br>1 South Fair Oaks Avenue Suite 401<br>Pasadena, CA 91105<br>626-792-6701<br>Fax: 626-470-9656<br>Email: sgf@sgfryelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 18:2101 | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by |

Assistant 2241-2255 US Attorney LA-CR
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2018 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Benjamin Drake Daley, originating in the Western District of Virginia. Defendant charged in violation of: 18:2101,371. Signed by agent Jacob Mellor, FBI, Special Agent. (mhe) (Entered: 10/03/2018) |
| 10/02/2018 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Benjamin Drake Daley; defendants Year of Birth: 1992; date of arrest: 10/2/2018 (mhe) (Entered: 10/03/2018) |
| 10/02/2018 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jean P. Rosenbluth as to Defendant Benjamin Drake Daley Defendant arraigned and states true name is as charged. Attorney: Stephen G Frye for Benjamin Drake Daley, Appointed, present. Detention Hearing set for 10/9/2018 03:00 PM before Magistrate Judge Jean P. Rosenbluth. Court Smart: CS 10/2/18. (mhe) (Entered: 10/03/2018) |
| 10/02/2018 | 4 | WAIVER OF RIGHTS approved by Magistrate Judge Jean P. Rosenbluth as to Defendant Benjamin Drake Daley. (mhe) (Entered: 10/04/2018) |
| 10/02/2018 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Benjamin Drake Daley. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 10/04/2018) |
| 10/02/2018 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Benjamin Drake Daley. (mhe) (Entered: 10/04/2018) |
| 10/02/2018 | 7 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Benjamin Drake Daley (mhe) (Entered: 10/04/2018) |
| 10/02/2018 | 8 | SEALED Defendant Benjamin Drake Daley arrested on warrant issued by the USDC Western District of Virginia at Charlottesville. (Attachments: # 1 Charging documents)(mhe) (Entered: 10/04/2018) |
| 10/02/2018 | 9 | AMENDED WAIVER OF RIGHTS approved by Magistrate Judge Jean P. Rosenbluth as to Defendant Benjamin Drake Daley. (mhe) (Entered: 10/10/2018) |
| 10/09/2018 | 10 | MINUTES OF Detention Hearing held before Magistrate Judge Jean P. Rosenbluth as to Defendant Benjamin Drake Daley, The Court Orders the |

| | | |
|---|---|---|
| | | defendant permanently detained. Defendant is held to Answer in the Western District of Virginia ASAP. Court Notes Gov't provided no reporting instructions. Defendant requested a Preliminary hearing in the charging district set for October 16, 2018 at 4:30 p.m. Court Smart: CS 10/9/18. (mhe) (Entered: 10/10/2018) |
| 10/09/2018 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Jean P. Rosenbluth that Defendant Benjamin Drake Daley be removed to the Western District of Virginia (mhe) (Entered: 10/10/2018) |
| 10/09/2018 | | Notice to Western District of Virginia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Benjamin Drake Daley. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 10/10/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2018 06:13:52 | | | |
| **PACER Login:** | us3753:2653133:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-mj-02623-DUTY End date: 10/11/2018 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |