```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID T. RYAN         (Cal. Bar No. 295785
 4  Assistant United States Attorney
               Section
 5     1500 United States Courthouse
       312 North Spring Street
 6     Los Angeles, California 90012
       Telephone: (213) 894-
 7     Facsimile: (213) 894-
       E-mail:          @usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

[FILED stamp: CLERK, U.S. DISTRICT COURT, OCT - 2 2018, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18MJ2623 |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| BENJAMIN DRAKE DALEY | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐ 1.   Temporary 10-day Detention Requested (§ 3142(d)) on the
          following grounds:
  ☐ a.   present offense committed while defendant was on release
          pending (felony trial),
  ☐ b.   defendant is an alien not lawfully admitted for
          permanent residence; and

1   ☐   c.   defendant may flee; or
2   ☐   d.   pose a danger to another or the community.
3   ☒   2.   Pretrial Detention Requested (§ 3142(e)) because no
4            condition or combination of conditions will reasonably
5            assure:
6      ☒   a.   the appearance of the defendant as required;
7      ☒   b.   safety of any other person and the community.
8   ☐   3.   Detention Requested Pending Supervised Release/Probation
9            Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.
10           § 3143(a)):
11      ☐   a.   defendant cannot establish by clear and convincing
12                evidence that he/she will not pose a danger to any
13                other person or to the community;
14      ☐   b.   defendant cannot establish by clear and convincing
15                evidence that he/she will not flee.
16   ☐   4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.
17           § 3142(e)):
18      ☐   a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")
19                (46 U.S.C. App. 1901 et seq.) offense with 10-year or
20                greater maximum penalty (presumption of danger to
21                community and flight risk);
22      ☐   b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
23                2332b(g)(5)(B) with 10-year or greater maximum penalty
24                (presumption of danger to community and flight risk);
25      ☐   c.   offense involving a minor victim under 18 U.S.C.
26                §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
27                2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
28

2

|  |  |  |  |
|---|---|---|---|
| 1 |  |  | 2260, 2421, 2422, 2423 or 2425 (presumption of danger |
| 2 |  |  | to community and flight risk); |
| 3 | ☐ | d. | defendant currently charged with an offense described |
| 4 |  |  | in paragraph 5a - 5e below, AND defendant was |
| 5 |  |  | previously convicted of an offense described in |
| 6 |  |  | paragraph 5a - 5e below (whether Federal or |
| 7 |  |  | State/local), AND that previous offense was committed |
| 8 |  |  | while defendant was on release pending trial, AND the |
| 9 |  |  | current offense was committed within five years of |
| 10 |  |  | conviction or release from prison on the above- |
| 11 |  |  | described previous conviction (presumption of danger to |
| 12 |  |  | community). |
| 13 | ☒ | 5. | Government Is Entitled to Detention Hearing Under § 3142(f) |
| 14 |  |  | If the Case Involves: |
| 15 | ☐ | a. | a crime of violence (as defined in 18 U.S.C. |
| 16 |  |  | § 3156(a)(4)) or Federal crime of terrorism (as defined |
| 17 |  |  | in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum |
| 18 |  |  | sentence is 10 years' imprisonment or more; |
| 19 | ☐ | b. | an offense for which maximum sentence is life |
| 20 |  |  | imprisonment or death; |
| 21 | ☐ | c. | Title 21 or MDLEA offense for which maximum sentence is |
| 22 |  |  | 10 years' imprisonment or more; |
| 23 | ☐ | d. | any felony if defendant has two or more convictions for |
| 24 |  |  | a crime set forth in a-c above or for an offense under |
| 25 |  |  | state or local law that would qualify under a, b, or c |
| 26 |  |  | if federal jurisdiction were present, or a combination |
| 27 |  |  | or such offenses; |
| 28 |  |  |  |

3

|    |   |    |                                                                    |
|----|---|----|--------------------------------------------------------------------|
| 1  | ☐ | e. | any felony not otherwise a crime of violence that                  |
| 2  |   |    | involves a minor victim or the possession or use of a              |
| 3  |   |    | firearm or destructive device (as defined in 18 U.S.C.             |
| 4  |   |    | § 921), or any other dangerous weapon, or involves a               |
| 5  |   |    | failure to register under 18 U.S.C. § 2250;                        |
| 6  | ☒ | f. | serious risk defendant will flee;                                  |
| 7  | ☐ | g. | serious risk defendant will (obstruct or attempt to                |
| 8  |   |    | obstruct justice) or (threaten, injure, or intimidate              |
| 9  |   |    | prospective witness or juror, or attempt to do so).                |
| 10 | ☐ | 6. | Government requests continuance of _____ days for detention        |
| 11 |   |    | hearing under § 3142(f) and based upon the following               |
| 12 |   |    | reason(s):                                                         |

13
14  _____
15  _____
16  _____
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

4

1  ☐  7.   Good cause for continuance in excess of three days exists in
2           that:

3
4  _____
5  _____
6  _____
7  _____

8  Dated: A~~ugust 8,~~ 2018            Respectfully submitted,
9         October 2                     NICOLA T. HANNA
                                        United States Attorney
10
                                        LAWRENCE S. MIDDLETON
11                                      Assistant United States Attorney
                                        Chief, Criminal Division
12
13                                      /s/ David T. Ryan
                                        _____
                                        DAVID T. RYAN
14                                      Assistant United States Attorney

15                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
16
17
18
19
20
21
22
23
24
25
26
27
28

5