# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT

| Case No.: 3:18CR00025-001 | Date: 11/1/2018 |
|---|---|
| **Defendants:** | **Counsel:** |
| **Benjamin Drake Daley ( Custody )** | **Lisa Lorish, AFPD** |

PRESENT:  JUDGE: Joel C. Hoppe, USMJ   TIME IN COURT: 9:05-9:12=07 min
Deputy Clerk: Heidi N. Wheeler
Court Reporter: H. Wheeler/FTR
U. S. Attorney: Chirs Kavanaugh/Thomas Cullen
USPO: Tammy Wellborn
Case Agent: Dino Cappuzzo
Interpreter:

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings in District of arrest.
☒ Defendant requests appointment of counsel. CJA 23 completed in district of arrest. Court will appoint counsel. Federal Public Defender will be appointed. Lisa Lorish present in court today.
☒ Bond hearing to be requested at a later date.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | All counts |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial to be set once all defendants have arrived in this district.
☒ Defendant(s) remanded to custody.

Additional Information: