UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                               Case No. 3:18cr00025

BENJAMIN DRAKE DALEY

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in this proceeding as counsel for Benjamin Drake Daley.

        S/Frederick T. Heblich, Jr.
        Frederick T. Heblich, Jr.
        Interim Federal Public Defender
        VSB No. 21898
        401 East Market Street, Ste. 106
        Charlottesville, VA 22902
        Tel. (434) 220-3380
        Fax (434) 220-3390

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        S/Frederick T. Heblich, Jr.
        Frederick T. Heblich, Jr.