SEALED

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
NOV 13 2018
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18mj00025 |
| | ) | |
| Benjamin Drake Daley | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Benjamin Drake Daley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 United States Code § 2101 (Riots) and

Title 18 United States Code § 371 (Conspiracy to Riot)

Date: 8/27/18

_____
*Issuing officer's signature*

City and state:   Charlottesville, Virginia

Honorable Joel C. Hoppe, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/27/18, and the person was arrested on *(date)* 10/2/18
at *(city and state)* Hermosa Beach, CA.

Date: 11/5/18

_____
*Arresting officer's signature*

Michael Allen   CIDUSM
*Printed name and title*