## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 3:18CR00025-001        Date: 12/03/2018

**Defendant:** Benjamin Drake Daley-CUSTODY        **Counsel:** Lisa Lorish, AFPD

PRESENT:
| | | |
|---|---|---|
| JUDGE: | Joel C. Hoppe | TIME IN COURT: 1:14-2:00= 46 min; 2:29-3:39= 10 min; 2:52-3:02=10 min   1 hr 6 min |
| Deputy Clerk: | H. Wheeler | |
| Court Reporter: | H. Wheeler/FTR | |
| U. S. Attorney: | Thomas Cullen/Chris Kavanaugh | |
| USPO: | Tammy Wellborn | |
| Case Agent: | Dino Cappuzzo | |
| Interpreter: | | |

PROCEEDINGS:
BOND/MOTION HEARING:
Parties present at request of defense for hearing on motion for release / reopening of detention hearing to hear new information.

Witness Joan Daley Sworn, Testimony heard.

Government presents evidence/ photos

Arguments heard.

Break.

Summary of release plan.

Break

Findings by Court.

Order will issue.