# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

USA

V.

Benjamin Drake Daley

**EXHIBIT AND WITNESS LIST**

Case Number: 3:18CR00025-001

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joel C. Hoppe | Cullen / Kavanaugh | Lorish |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/03/18 | H. Wheeler/FTR | Heidi N. Wheeler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/3/2018 | X | X | Photo |
| 2 | | 12/3/2018 | X | X | Photo |
| 3 | | 12/3/2018 | X | X | Photo |
| 4 | | 12/3/2018 | X | X | Photo |
| 5 | | 12/3/2018 | X | X | Photo |
| 6 | | 12/3/2018 | X | X | Photo |
| 7 | | 12/3/2018 | X | X | Photo |
| 8 | | 12/3/2018 | X | X | Photo |
| 9 | | 12/3/2018 | X | X | Photo |
| 10 | | 12/3/2018 | X | X | Photo |
| 11 | | 12/3/2018 | X | X | Photo |
| 12 | | 12/3/2018 | X | X | Photo |
| 13 | | 12/3/2018 | X | X | Photo |
| 14 | | 12/3/2018 | X | X | Photo |
| 15 | | 12/3/2018 | X | X | Photo |
| 16 | | 12/3/2018 | X | X | Photo |
| 17 | | 12/3/2018 | X | X | Photo |
| 18 | | 12/3/2018 | X | X | Photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages