
**R.A.M.** @RiseAboveMvmt · Feb 5
When the squads not out smashing commies .... #nationalist #lifestyle





 **R.A.M.** @RiseAboveMvmt · Mar 8
#nationalist #ultraright







**R.A.M.** @RiseAboveMvmt · Mar 20
#nationalist #optics






























R.A.M. Goals
- ☐ Monthly schedual
- ☐ Just for fun events
- ☒ ~~Get to 50 fit & active members~~
- ☐ Launch website & clothing line
- ☐ Put out atleast 6 quality videos
- ☑ Euro trip Late April
- ☐ Clothing line video.
- ☐ Lifestyle video.
- ☐ MMA EVENTS / TATS / Cascadia Patriot Front / IE / Atlante




Case 3:18-cr-00025-NKM-JCH Document 67-1 Filed 12/07/18 Page 16 of 18 Pageid#: 379

GOVERNMENT EXHIBIT



