CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
03/19/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BENJAMIN DALEY, *ET AL.*,<br><br>*Defendants.* | CASE NO. 3:18-cr-00025<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant Benjamin Daley's unopposed motion for an extension of time to file a reply brief in support of their motion to dismiss the indictment. (Dkt. 81). Defendant seeks a one-week extension until March 27, 2019. Finding good cause to do so, and noting agreement between the parties, the Court hereby **GRANTS** the motion. Defendants' reply brief(s) shall be due on or before **March 27, 2019.**

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record.

Entered this  19th  day of March, 2019.

/s/ Norman K. Moon
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE