CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/26/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>BENJAMIN DALEY, *ET AL.*,<br>                    *Defendants.* | CASE NO. 3:18-cr-00025<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

In accordance with the reasoning to be delineated in a forthcoming memorandum opinion, the Court hereby **DENIES** Defendants' motions to dismiss the indictment. (Dkts. 72, 73, 74).

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record. An accompanying memorandum opinion will issue.

Entered this  26th  day of April, 2019.

                                                       */s/ Norman K. Moon*
                                                     NORMAN K. MOON
                                                     SENIOR UNITED STATES DISTRICT JUDGE