CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/21/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

BENJAMIN DALEY,

*Defendant.*

CASE NO. 3:18-cr-00025

**ORDER**

JUDGE NORMAN K. MOON

This matter is before the Court upon Defendant Benjamin Daley's motion *in limine* requesting the exclusion of any evidence of Defendant's political views at trial. (Dkt. 92). Defendant pleaded guilty to Count One of the indictment on May 3, 2019, and the Court accepted Defendant's guilty plea. (Dkt. 107, 111–114). Since there will be no trial of this matter, Defendant's motion in limine, (dkt. 92), is hereby **DENIED AS MOOT.**

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record.

Entered this 21st day of May, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE