

# FIELD ANALYSIS REPORT

*Regional Analysis with National Perspective.*

**DD September 2016**

## (U//FOUO) California: Recent Violent Clashes Suggest Heightened Threat Environment at Lawfully Organized White Supremacist Events

*(U//FOUO) Prepared by the Orange County Intelligence Assessment Center (OCIAC) and the Central California Intelligence Center (CCIC) with contributions from the Office of Intelligence and Analysis (I&A).*

*(U//FOUO) **Scope:** This Field Analysis Report (FAR) highlights two recent violent domestic extremist clashes in California, puts them in local and national context, and the appendices provide symbols and behavioral indicators to assist law enforcement in identifying and mitigating the threat of violence from ideologically-inspired actors.\* This FAR focuses on domestic terrorists who seek to further political or social goals through unlawful acts of violence. Specifically, it considers the activities of anarchist extremists and white supremacist extremists, which are violent subsets of broader non-violent movements.†,‡ Domestic terrorists differ from individuals who non-violently campaign for social change, even though they may share similar anarchist or white supremacist ideological beliefs.*

## (U) Key Points

- (U//FOUO) Two violent clashes in 2016 in Sacramento and Anaheim between anarchist extremists and lawfully protesting white supremacists at legally permitted rallies highlight the attractiveness of such events to domestic extremists intent on committing violence.

- (U//FOUO) Some anarchist extremists and lawfully protesting white supremacists came to the events with weapons, suggesting that they were prepared to engage in violence. Most of the attackers, however, used makeshift weapons.

- (U//FOUO) We assess (b) (3), (b) (7)(E)

---

\* (U//FOUO) DHS defines domestic extremists as individuals based and operating entirely within the United States or its territories without direction or inspiration from a foreign terrorist group or other foreign power who seek to further political or social goals, wholly or in part, through unlawful acts of violence. The mere advocacy of political or social positions, political activism, use of strong rhetoric, or generalized philosophic embrace of violent tactics may not constitute extremism, and may be constitutionally protected.

† (U//FOUO) DHS defines anarchist extremists as groups or individuals who facilitate or engage in acts of unlawful violence as a means of changing the government and society in support of the belief that all forms of capitalism and corporate globalization should be opposed and that governing institutions are unnecessary and harmful to society.

‡ (U//FOUO) DHS defines white supremacist extremists as groups or individuals who facilitate or engage in acts of unlawful violence directed at the federal government, ethnic minorities, or Jewish persons in support of their belief that Caucasians are intellectually and morally superior to other races and their perception that the government is controlled by Jewish persons.

IA-0XXX-16

(U) **LAW ENFORCEMENT SENSITIVE:** *The information marked (U//LES) in this document is the property of Anaheim Police Department (APD), FBI, and Olympia Police Department (OPD) and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials, and individuals with a need to know. Distribution beyond these entities without APD, FBI, or OPD authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. [Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network.]*

(U) **Warning:** *This document contains UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO) information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, the media, or other personnel who do not have a valid need to know without prior approval of an authorized DHS official. State and local homeland security officials may not share this document with critical infrastructure and key resource personnel or private sector security officials without further approval from DHS.*

(U) *This product contains US person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label USPER and should be handled in accordance with the recipient's intelligence oversight and/or information handling procedures. Other US person information has been minimized. Should you require the minimized US person information, please contact the I&A Production Branch at (b) (6)*

IALI-00002-000337

---

(U//FOUO)  **Ideological Justification for Violence**

(U//FOUO)  Anarchist extremists adhere to varying violent interpretations of anarchist ideology; however, they generally desire a non-hierarchical society free from oppressive regimes—including those perceived as racist.  As a result, we assess (b) (3), (b) (7)(E)

---

## (U//FOUO)  Recent Violence in Sacramento and Anaheim

(U//LES)  Two separate incidents of violent clashes in Sacramento and Anaheim, California between lawfully protesting white supremacists and anarchist extremists highlight that future similar events—such as rallies, concerts, marches, and meetings—are likely to be flashpoints for ideologically-inspired violence.  We assess that (b) (3), (b) (7)(E)
However, most individuals engaging in violence used makeshift weapons in both events and justified their use of violence with claims of self-defense according to police reports.

- (U)  On 26 June 2016 at the State Capitol building in Sacramento, violent anti-fascists, including anarchist extremist elements, attacked a group of white supremacists who gathered for a legally permitted rally, "to protest globalization and in defense of the right to self-expression."[1,2,*]  Violent clashes occurred at multiple locations on the Capitol grounds between the two groups.  Physical assaults included the use of 12-inch buck knives, pepper spray, wooden stakes used as clubs, rocks and bottles as projectiles, and bladed weapons.  Additionally, according to (b) (3), (b) (7)(E), a loaded 9mm pistol was found at the scene, and the Capitol building was locked down during the incident.[3,4]  In total, the attack resulted in 12 people injured, 6 of whom were stabbed.[5]  No arrests were made at the time of the incident; however, the investigation is ongoing.

- (U//LES)  On 27 February 2016, violence erupted at a legally permitted white supremacist rally in Anaheim after anarchist extremist elements of a violent anti-fascist group attacked white supremacists moments after the white supremacists arrived at the publically announced rally locations.  According to (b) (3), (b) (7)(E), violent anti-fascists punched and kicked the white supremacists; hurled rocks, bottles and other projectiles; and assaulted them with makeshift weapons including wooden sticks, clubs, and a skateboard.[6]  One of the white supremacists used a flagpole defensively as a weapon to stab the attackers, and two other anarchist extremists were stabbed with a knife and an unidentified weapon.[7]  On 30 June 2016, seven anarchist extremists were arrested on various charges of battery, assault, and resisting arrest related to the attack, and an additional attacker remains at large.[8]  These seven anarchist extremists are awaiting trial, and no white supremacists were charged in relation to the incident.[9,10]

- (U//FOUO)  In an event we judge (b) (3), (b) (7)(E) at a park in Lake Los Angeles, three white supremacist extremists were arrested after allegedly harassing and throwing punches at a group of Hispanics.  According to (b) (3), (b) (7)(E), the harassment consisted of yelling "Heil Hitler" and racial slurs while waving around a wallet with a confederate flag.  Additionally, the attackers also allegedly pulled knives on a family that tried to intervene and then fled when police arrived.  There were no serious injuries during the attack.[11]  In March 2016, the subjects were charged and later convicted in July 2016 on felony charges of

---

* (U//FOUO)  Rally motivations have been included in this paper solely for the purpose of highlighting for law enforcement that these types of events may be attractive targets for anarchist extremists intent on violent confrontation.

assault with a deadly weapon: not a firearm, and each received a four year suspended prison sentence and served credit of 261 days in the Los Angeles County Jail.[12,13]

(U//FOUO) Similar, although less violent, clashes between anarchist extremists and lawfully protesting white supremacists occurred during rallies in Sacramento in 2012 and Los Angeles in 2010. Both of these incidents resulted in injuries to police responders. Lethal weapons such as knives and firearms used in the 2016 events were not found in the 2012 or 2010 rallies. This suggests (b) (3), (b) (7)(E)

- (U//FOUO) In February 2012 at the State Capitol in Sacramento, suspected anarchist extremists violently clashed with a group of white supremacists at the white supremacists' legally permitted rally intended to draw public attention to black-on-white violence in South Africa. The anarchist extremists threw cans and bottles at the white supremacists and police officers. Two officers were injured after being struck by thrown objects. The incident also resulted in an interruption to the city's light rail system. Some individuals in attendance claimed to have traveled from the San Francisco Bay area to attend the event.[16] Three anarchist extremists at the event were arrested for resisting, delaying, or obstructing a law enforcement officer, as well as resisting an executive officer. One individual's charges were dismissed, and the others were convicted and served sentences of 60 days on a work project and 180 days in jail.[17]



(U) Anti-fascist flyer for 2016 Neo-Nazi Sacramento event.[14,15]

- (U) In April 2010 at a white supremacist rally against illegal immigration on the south lawn of Los Angeles City Hall, individuals—including one suspected anarchist extremist—attacked white supremacists by throwing rocks, branches, and other projectiles over the police line. The violence erupted after a white supremacist removed his shirt revealing his Nazi "SS" lightning bolt tattoos—offending some individuals within the crowd. Additionally, projectiles were thrown at police officers who were attempting to quell the crowd. There were no injuries reported other than to police, and no arrests occurred at the event.[18]

## (U//FOUO) Tactics, Techniques, and Procedures Used in Sacramento and Anaheim Events

(U//FOUO) Anarchist extremists mobilized from across the region and state to participate in violence at the Sacramento rally, and some were motivated to attend by the earlier violent clash in Anaheim. We (b) (3), (b) (7)(E)

- (U//FOUO)  According to **(b) (7)(E), (b) (3)**



.20



(U)  A Klansman stabs at violent anti-fascists and anarchist extremists with the decorative end of a flag pole, resulting in injuries at the Anaheim event.  Note the Klan patches on his shirt and blood spatter on the ground.[19]

- (U//FOUO)  According to **(b) (3) (A), (b) (7)(E)**



(U)  Anti-fascist anarchist extremists attack legally protesting white supremacists at a 2016 rally in Sacramento using makeshift weapons such as a skateboard on ground at lower right.  Note the Celtic Cross symbol in white and red on left and right shields, a symbol of an identified USPER racist skinhead group in red on center shield, and a symbol of an identified USPER white supremacist movement in white on T-shirts.[22]



(U)  A suspected anarchist extremist carries a homemade club for use in attacks on legally protesting white supremacists at the 2016 Sacramento rally.[23]

(U//FOUO)  Many of the violent anti-fascists and anarchist extremists at the 2016 events in Sacramento and Anaheim wore "black bloc" attire—dressing completely in black or dark colors and wearing masks and bandanas—to hide their identities from law enforcement or journalists while they committed violent acts against the white supremacists.[*]



UNCLASSIFIED

(U)  A Klansman is kicked in the face at a 2016 rally in Anaheim.  Note the Confederate battle flag patch on shirt and vehicle's vanity license plate number "KIGY"—a common acronym associated with the Klu Klux Klan meaning "Klansman I Greet You".  Also note a possible edged weapon held by individual in upper right.[24]

- (U//FOUO)  In recent decades, the use of black bloc tactics has become the tactical modus operandi of anarchist extremist violence in the United States.  According to [(b) (3) (A), (b) (7)(E)] anarchist extremists at the 2016 Sacramento clash attempted to intimidate a news crew with violence to keep them from filming the event.[25]

- (U//FOUO)  Although intimidation of the press is more common among anarchist extremist groups in foreign locations, threats and violence targeting journalists are rare from US anarchist extremists.[26,27,†,]

---

[*] (U//FOUO)  [(b) (3), (b) (7)(E)] "black bloc" attire is commonly seen among anarchist extremists during violent incidents.  Such attire may also be worn by anarchist activists who are non-violent adherents of anti-fascist movements, [(b) (3), (b) (7)(E)]

[†] (U//FOUO)  One example occurred in April 2010 when a photographer photographing a rally protesting perceived police brutality in Olympia, Washington was assaulted by a group of suspected anarchist extremists who surrounded him, pushed him, slapped a cellphone out of his hand, spray-painted his camera, and threatened to throw him off a bridge, according to [(b) (3), (b) (7)(E)]

## (U//FOUO) **Outlook**

(U//FOUO) We assess the threat of violent clashes between anarchist extremists and lawfully protesting white supremacists at planned events throughout the nation during the remainder of 2016 and beyond—such as rallies, meetings, protests, counter-protests, concerts, book-signings, or political conventions—is (b) (3), (b) (7)(E)

(b) (3), (b) (7)(E)
.

We further caution that the threat of violent clashes (b) (3), (b) (7)(E)



(U) Anarchist extremists dressed in "black bloc" attire attempt to intimidate a cameraman to stop him from filming at the Sacramento rally. Note the individual on the left has a makeshift weapon known as "smiley"—a chain with a lock on its end—hanging from his waist, ostensibly for use in attacks against white supremacists.[28] A video of the events is also available.[29]

## (U)  DHS I&A Perspective

**(U//FOUO)  History of Violent Clashes At Lawfully Protesting White Supremacist Events Across the United States**

(U//FOUO)  Anarchist extremists with anti-fascist motivations have a long history of violence, including reciprocal violence, against lawfully protesting white supremacists at planned events nationwide. Therefore, law enforcement should be aware the occurrence of such events could pose hazards to public safety, although such constitutionally-protected events often remain peaceful.  Additionally, although much of the focus of this paper concerns the threat of anarchist extremists, white supremacist extremists have previously plotted against and attacked violent anti-fascists and anarchist extremists.

- (U//LES)  In May 2015, suspected anarchist extremists violently clashed with lawfully protesting white supremacist during a lawful demonstration to support local police involved in an on-duty shooting of two African-Americans in Olympia, Washington.  The brawl resulted in the smashing of vehicle windows, tire slashing, and physical assault, as well as the use of baseball bats by both sides, according (b) (3), (b) (7)(E)                    .[30],[31]  Anarchist extremists in Washington State openly oppose lawfully protesting white supremacists, and routinely attend their events with the intent to disrupt or instigate violence.  No arrests have been made.

- (U//FOUO)  Members of a white supremacist extremist group were arrested in Florida in May 2012 on charges related to paramilitary training, hate crimes, illicit weapons, and conspiracy.[32]  According to (b) (3), (b) (7)(E)   , the individuals allegedly discussed creating a disturbance in front of Orlando's city hall, firing into a building, and attacking an anti-fascist event with homemade weapons.[33]  As of June 2013, one defendant pled guilty and was sentenced to prison, and two defendants received probation after pleading no contest to charges of participating in paramilitary training.[34]  The leader of the group was convicted on two counts of teaching and conducting paramilitary training and received a six month jail sentence.[35]

- (U//LES)  In May 2012, suspected anarchist extremists, among a group of possibly 18 persons, assaulted perceived white supremacists in a Tinley Park, Illinois restaurant with batons and other club-like objects, according to media reporting.  Five individuals of an Indiana-based anti-fascist group with close ties to the Chicago anti-fascist movement were arrested and later convicted on charges related to the attack.[36]  Following the incident, Chicago anti-fascists and anarchist extremists posted the attacked white supremacists' personally identifiable information on their website, along with threatening statements.[37],[38]

- (U//FOUO)  During an October 2005 march in Toledo, Ohio, police were unable to prevent local residents and anti-fascists—including some anarchist extremists—from rioting for several hours following a Neo-Nazi rally against "black crime."  The disturbances resulted in the arrest of 120 rioters and the destruction of several local businesses.  Toledo's mayor was forced to restore order by imposing a curfew.[39],[40]

(U//FOUO)  DHS and the National Network of Fusion Centers are interested in receiving tips and information on activities related to threats to homeland security, terrorism, and violent extremism. Comments, requests, or shareable intelligence may be directed to the Orange County Intelligence Assessment Center (OCIAC) at ociac.org and the Central California Intelligence Center (CCIC) at (888) 884-8383 or www.sacrtac.org.

## (U//FOUO)  Appendix A: Potential Indicators of Planned Violence

(U//FOUO)  There are a number of potential indicators of planned criminal or violent activities at white supremacist events.  Some of these behavioral indicators may be constitutionally protected activities and should be supported by additional facts to justify increased suspicion.  Possible indicators of planned criminal or violent activity which could arouse suspicion include:



- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

- (U//FOUO) (b) (3), (b) (7)(E)

(U//FOUO)  **Appendix B: Symbols Often Associated with Anarchist Extremists and White Supremacist Extremists**

*(U)  Anarchist Extremists: Symbology*

(U//FOUO)  In the context of planned events that escalate to violence, the following symbols are commonly seen on signs and banners of anarchist extremists who engage in violent acts. ██████ ████████████████████████████████████ these symbols may also be used by anarchists who are non-violent adherents of anti-fascist movements, (b) (3), (b) (7)(E) ████████████ ████████████

(U)  Symbols



(U) **Symbols Often Associated with Anti-Racist Anarchist Extremists**

(U) Anarchist Symbol
(U) Anti Fascist Downward Arrow Symbol
(U) Anti Fascist Flag Symbol
(U) Anti Nazi Symbol
(U) Good Night White Pride Symbol

UNCLASSIFIED
Sources Symbols[41,42,43,44,45]

(U)  Symbol Meanings:

(U)  **Anarchist Symbol** - most common anarchist symbol; thought to represent anarchist maxim "anarchy is order."

(U)  **Antifascist Downward Arrow Symbol** - symbol used by anti-Nazi movement in Germany in years prior to World War II; designed to easily cover swastikas; meaning of arrows debated.

(U)  **Antifascist Flag** - red denotes ties to workers movement; black symbolizes lawlessness/anarchy.

(U)  **Anti-Nazi Symbol** - intended to counter swastika; often seen on patches/buttons/T-shirts.

(U)  **Good Night White Pride Symbol** - common logo; often seen with different types of images of assaults against white supremacists—such as punching, kicking, or using weapons.

(U)  *White Supremacist Extremists: Symbology, Numerical Codes, and Acronyms*

(U//FOUO)  In the context of planned events that escalate to violence, (b) (3), (b) (7)(E) the following is a sample of common acronyms, numerical codes, and symbols observed by law enforcement on clothing, tattoos, signs, or banners of white supremacist extremists who engage in violent acts.  This list is general and not exhaustive, and specific group's symbols are not included.  These symbols may also be used by non-violent adherents of white supremacy, and some of these symbols have multiple meanings and are commonly utilized by non-violent actors including adherents of non-violent cultural and religious movements.  Law enforcement should not take observance of these symbols alone as an indication of an individual's predilection to commit violence.

(U)  Acronyms:
- (U)  Race Over All (ROA)
- (U)  Racial Holy War (RaHoWa)
- (U)  Zionist Occupied Government (ZOG)
- (U)  White Power (WP)
- (U)  White Power World-Wide (WPWW)
- (U)  Klansman I Greet You (KIGY)
- (U)  A Klansman I Am (AKIA)

(U)  Numbers:
- (U)  14 Words: "We Must Secure the Existence of Our People and a Future For White Children"
- (U)  18: "Adolf Hitler", A=1st letter of alphabet, H=8th letter of alphabet
- (U)  14/88: "14 Words/Heil Hitler"
- (U)  5 Words: "I Have Nothing to Say"
- (U)  23: "White", W=23rd letter of alphabet
- (U)  4/20: Adolf Hitler's birthday
- (U)  311: "KKK", 3 X 11th letter of alphabet, K

(U) Symbols:



(U) **Symbols Often Associated with White Supremacist Extremists**

(U) Blood Drop Cross          (U) Boots and Laces          (U) Burning Cross

(U) Celtic Cross          (U) Valknot          (U) Mjolnir / Thors Hammer

(U) Totenkopf / Deaths Head          (U) Norse Runes          (U) Zyklon B

(U) Sunwheel          (U) Triskele

(U) "SS" Lightning Bolts

UNCLASSIFIED
(U) **Sources Symbols**[46-57]

(U) Symbol Meanings:

(U) **Blood Drop Cross** - primary symbol of KKK groups; symbolizes blood shed to protect the white race.

(U) **Boots and Laces** - commonly seen on racist skinheads; white laces used to identify as a white power skinhead, red laces sometimes indicate prior attack against a minority.

(U) **Burning Cross** - common KKK image, often used during rituals and to intimidate minorities.

(U) **Celtic Cross** - often used as a symbol of white pride.

(U) **Valknot** - Norse warrior symbol; often denotes willingness to give life for Norse God Odin, generally in battle.

(U) **Mjölnir/Thor's Hammer** - Norse symbol of strength; Thor is the god of thunder and his hammer (Mjölnir) has power of lightning.

(U) **Totenkopf/Death's Head** - Nazi imagery; symbol used by Hitler's SS troops.

(U) **Norse Runes** - ancient European symbols; often used as a coded alphabet.

(U) **Zyklon B** - gas used by Nazis to kill Jews during holocaust.

(U) **Sunwheel** - ancient European symbol adopted by Nazis; swastika is a variant of sunwheel.

(U) **Triskele** - lesser known variant of swastika; popularized by South African white supremacists in 1970s.

(U) **"SS" Lightning Bolts** – runic characters appropriated by Nazi SS troops.



| (U)  Source Summary Statement |
|---|
| (U//FOUO)  The information used in this *FAR* is drawn (b) (3) (A) |
| (U//FOUO)  We have (b) (3) (A) |
| (U//FOUO)  We have (b) (3) (A) |
| (U//FOUO)  We have (b) (3) (A) |

| (U)  Report Suspicious Activity |
|---|
| **(U)  To report suspicious activity, law enforcement, Fire-EMS, private security personnel, and emergency managers should follow established protocols; all other personnel should call 911 or contact local law enforcement.**  Suspicious activity reports (SARs) will be forwarded to the appropriate fusion center and FBI Joint Terrorism Task Force for further action.  For more information on the Nationwide SAR Initiative, visit http://nsi.ncirc.gov/resources.aspx. |

**(U)  Tracked by:** (b) (3) (A)







(b) (3) (A), (b) (5)