5/19/19

Honorable Norman Moon
Judge
United States District Court
Charlottesville, Virginia

Dear Judge Moon,

    I am writing on behalf of Ben Daley. The Defendant is my son. He was raised in a solid two parent household and was a great kid until entering high-school and discovering drugs.

    I know that Ben is charged with a serious offense but I would like to give you some additional information about the Defendant for your consideration. As a child his greatest character trait was acute sensitivity and kindness to animals. He had many pets and volunteered over 500 hours at the local bird of prey facility, cleaning cages and handling injured birds. His second most pronounced trait was loyalty to friends. Whether in school or sports he never turned on a friend, and more than once took punishment alone in silence rather than violate their trust.

    His kindness and loyalty have been obfuscated by beliefs he acquired living as an adult in Los Angeles, but still reside in his heart and are integral to his person. Since 18 he has supported himself financially, at times living in un-imaginably spartan conditions, wanting to make it on his own. More importantly he has won his hard-fought battle with drugs and alcohol and maintains his sobriety to this day. He has most of the building blocks essential to being a good man. It is my hope that he continues to serve his sentence well and that your Honor will show him mercy in sentencing, so he can serve his time and resume his life.

    Thank You for your consideration.

Sincerely,

Dan Daley
[redacted]
[redacted]

May 20, 2019

Honorable Norman Moon
Judge
United States District Court
Charlottesville, Virginia

Dear Judge Moon,

    I am writing on behalf of Benjamin Daley. Benjamin is my son and I have known him longer than anyone on this earth, his full 26 years.

    I know that Benjamin is charged with a serious offense but I would like to give you some additional information about Defendant for your consideration. Ben's mental strength and tenacity have served him well for most of his life. He maintained a 3.7 GPA, and was well liked and respected by teachers and coaches throughout high school. He was often referred to as the hardest working member of whatever team he was on. Ben sadly went sideways with drugs for quite a few years but again his personal conviction won over with now 5 plus years of sobriety. Arguably quitting smoking was an even greater feat of his willpower. His ability to quit cold turkey puts him in the less than 5% that successfully quit. Sadly, in the vacuum created by his sobriety at 21 years of age, he was susceptible to recruitment by this group of young men that offered a sense of belonging and community while championing sobriety over drug use and simultaneously introducing him to their beliefs. I believe he will use that same ability to change himself to shed this confused and hateful belief system.

    Our large family is comprised of hardworking, patriotic, productive citizens and we are confident we can bring Ben back into a peaceful and productive lifestyle.

    Thank you for your consideration.

Sincerely,

Joan Daley

June 9, 2019

Honorable Norman Moon
Judge
United States District Court
Charlottesville, Virginia

Dear Judge Moon,

    I am writing on behalf of Benjamin Daley. Ben is my brother and I have known him since I was born, twenty four years ago.

    I know that Ben is charged with a serious offense but I would like to give you some additional information about Ben for your consideration. My brother is intelligent and motivated; Ben excels at anything he puts his mind to. From elementary to high school, Ben was a talented competitive swimmer, and he placed at state and national championships.

Ben is big-hearted and truly cares for his family and friends. We both were raised in a loving, supportive, two-parent household that lives by strong morals. Our family is tight-knit and wholesome. Raised as Catholics, we went to church weekly with our parents, and Ben served as an altar boy for years. We have annual reunions where my brother and I would happily spend a week with our cousins, aunts, uncles, and grandma.

In addition to his immediate family, Ben has dozens of family members and friends who are all praying for him, and willing to support however they can to help him move on from past mistakes and grow into the positive, productive member of society we all know he is fully capable of being.

    Thank you for your consideration.

                                            Sincerely,

                                            *Allison Daley*

                                            Allison Daley
                                            [redacted]
                                            Portland, OR 97210

June 5, 2019

Honorable Norman Moon
Judge
United States District Court
Charlottesville, Virginia

Dear Judge Moon,

My husband and I are writing on behalf of Benjamin Drake Daley. Defendant is our nephew; Carol has known him since his birth and Peter for 9 years. We understand the seriousness of the charges.

Since he moved to Los Angeles in 2010, we saw him monthly for dinners and since 2017 Carol met him weekly for breakfast. During that time we saw Ben build up his tree trimming business with diligence, patience, excellent customer service and hard work. He made an extra effort to employ people who had difficulties in their lives. Carol worked with him to create an employee code of conduct to maximize customer satisfaction and efficiency on job site.

In June 2014, Ben was stabbed by a roommate whom he had tried to help by providing him a place to stay and a job at Ben's business. Ben almost died on arrival at the hospital and spent two weeks waiting for the tube to be removed from his lung before they could release him. Following that incident we saw a clear change in Ben's behavior. One of his primary goals became to learn how to defend himself. He told Carol at one of their breakfast's that he was struggling with fact that he hesitated when being attacked and he was reliving the incident and clearly haunted by it.

He then told us how he was joining a group of young men to strengthen his mind and body. Somewhere in this process he toke a very wrong turn.

We believe he has an addictive personality and invests his whole being in his current undertakings whatever they might be. Nonetheless, we have watched him give up both smoking and alcohol and grow as a person while developing his own business. We see he has the ability to change and we hope and believe if given the opportunity he will grow from these substantial mistakes.

Sincerely,

*Carol Busch*

Carol Busch & Peter Goldberg

Manhattan Beach, CA 90266

July 12, 2019

Honorable Norman Moon
Judge
United States District Court
Charlottesville, Virginia

Dear Judge Moon,

I am writing on Behalf of Benjamin Drake Daley. Ben is my nephew and I have lived in the same town with Ben and his family since Ben was an infant.

I know that Ben is charged with a serious offense but I would like to give you a window into Ben as a person, a human soul, a young confused boy trying to become a man….. All for your consideration.

I watched Ben grow up. He was curious about everything… He had and still has a soft soul. He is a generous person who deeply cares about others. So much that he might sacrifice himself . He a witty and funny and observant and stubborn. He is unfortunately influenced by others at times. Which is a trait that can be so wonderful and so vulnerable. Ben is hard working and likes hard work. He is a life learner and will pour himself into something. He has so much to offer this society in a positive light if he is given that chance.

He comes from a large loyal family. We are all here for him when he is ready for us. We will all be here to support and help him. We all have missed Ben these last years. And we look forward to the day he can come back to his family. There has been great pain and suffering among so many people. This family has also suffered deeply. May the healing begin.. For all involved.

Thank you for your consideration.

Sincerely,
Mary Steinhauff

June 4th, 2019

Honorable Norman Moon
Judge
United States District Court
Charlottesville, Virginia

Dear Judge Moon,

    I am writing on behalf of BEN DALEY. Defendant is my former work mate and I have known him for about 5 years.

    I know that Defendant is charged with a serious offense, and I would like to give you some additional information about the Defendant for your consideration. Mr. Daley was a very hard working tree trimmer who has always shown respect and courtesy to our clients and showed honesty and integrity in dealing with fellow workmates. He was very safety conscious and we had very good lunch discussions about his furthering his education to become a better entrepreneur. I think he was negatively influenced and feel that he was ready to make changes for the better. I think he has a good heart and I see so much love in his spirit.

    Thank you for your consideration.

                      Sincerely,

                        Mike Garcia

                        [redacted] Redondo Beach, CA 90278

May 16, 2019

Honorable Norman Moon

Judge

United States District Court

Charlottesville, Virginia

Dear Judge Moon,

    I am writing in behalf of Benjamin Daley, who is my step-grandson, as I was married to his grandfather, Ray Daley. I have known Ben since he was born. I remember first laying eyes on his as a cute tiny newborn in the company of his proud parents.

    I know Ben is charged with a serious offense, but I would like to tell you my thoughts of him during the years I have known him. While his grandfather visited him often, I saw him less so, but my impressions each time were of a very intelligent and kind person. I remember his love of animals, to whom he was uniformly kind. There were always pets in the Daley household; still he volunteered at the raptor rehabilitation center, and I saw photos of him holding huge, awesome birds.

    Three years ago, after the passing of my husband, I had a "Celebration of Life" at my home that family and friends attended. While I was terribly sad and a bit numb, I remember that Ben was here and was very polite and respectful.

Thank you for your consideration of these thoughts and memories.

Respectfully,

*[signature]*

MARY HIRSCHFELD DALEY, JD, PhD

[redacted] Scottsdale, AZ 85259

Tel: [redacted]