FILED: July 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-4551
(3:18-cr-00025-NKM-JCH-1)

———————————

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

BENJAMIN DRAKE DALEY

   Defendant - Appellant

———————————

O R D E R

———————————

   The court appoints the Federal Defender for the Western District of Virginia to represent appellant in this case.

                        For the Court--By Direction

                        /s/ Patricia S. Connor, Clerk