FILED: July 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4550 (L)
(3:18-cr-00025-NKM-JCH-2)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MICHAEL PAUL MISELIS

  Defendant - Appellant

_____

No. 19-4551
(3:18-cr-00025-NKM-JCH-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BENJAMIN DRAKE DALEY

  Defendant – Appellant

_____

No. 19-4553
(3:18-cr-00025-NKM-JCH-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

THOMAS WALTER GILLEN

        Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 19-4550, Case No. 19-4551, and Case No. 19-4553.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk